UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                  CASE NO. 3:08cr22 LAC

JOHN MOSMAN

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   July 8, 2008

Motion/Pleadings: STIPULATION FOR SUBSITUTION OF COUNSEL (that atty Kypreos be allowed to withdraw and that atty Polk be substituted)

Filed by DEFENDANT    on 7/1/08    Doc.# 218

RESPONSES:

                                                      on            Doc.#
                                                      on            Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                       Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 17th day of July, 2008, that:*

*(a) The relief requested is **GRANTED**.*

*(b) _____*

                                                            *s/L.A. Collier*
                                                            ***LACEY A. COLLIER***
                                                     ***Senior United States District Judge***

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.